John Samberg (Nevada Bar No. 10828)
Royi Moas (Nevada Bar No. 10686)
**WOLF, RIFKIN, SHAPIRO, SCHULMAN & RABKIN, LLP**
3773 Howard Hughes Parkway, Suite 590 South
Las Vegas, Nevada 89169
Tel.: (702) 341-5200 / Fax: (702) 341-5300
rmoas@wrslawyers.com
jsamberg@wrslawyers.com

*Attorneys for Plaintiffs*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA, SOUTHERN DIVISION

| | |
|---|---|
| RB VENTURE PARTNERS LLC, a Nevada limited liability company, and 19 ENTERPRISES LLC, a Nevada limited liability company,<br><br>Plaintiffs,<br><br>vs.<br><br>MONTROSE HOLDINGS, LLC, a Puerto Rico limited liability company; JOHN COTA SMALL, also known as JOHN C. SMALL, also known as JOHN SMALL, an individual, and DOES 1 through 10, inclusive,<br><br>Defendants. | Case No. 2:23-cv-02150-JAD-DJA<br><br>**UNOPPOSED MOTION TO EXTEND THE DEADLINE FOR THE DEFENDANTS TO FILE A RESPONSIVE PLEADING TO PLAINTIFFS' COMPLAINT**<br><br>[Second Request] |

Pursuant to Local Rules IA 6-1, 6-2 and 7-1, Plaintiffs, RB Venture Partners LLC,  and 19 Enterprises LLC("Plaintiffs") and Defendants Montrose Holdings, LLC; John Cota Small, also known as John C. Small, also known as John Small, ("Defendants"), by and through their respective undersigned counsel of record, stipulate, agree, respectfully move the court to extend the deadline for Defendants to file a responsive pleading to Plaintiffs' Complaint from May 3, 2024 to May 17, 2024.

Good cause exists to grant this unopposed Motion based on the following facts:

1.      Pursuant to LR IC2-1, Defendants are currently in the process of requesting the court's authorization to register as a filer in the Electronic Filing Access system.

/ / /

UNOPPOSED MOTION TO EXTEND THE DEADLINE FOR THE DEFENDANTS  TO FILE A RESPONSIVE
PLEADING TO PLAINTIFFS' COMPLAINT

2.      Defendants shall enter a formal appearance forthwith within 5 business days, as agreement to do so is an express condition of this extension.

3.      Should Defendants fail to enter a responsive pleading within the extension period, Plaintiffs will proceed with seeking default entry against Defendants.

4.      This is the second Motion for extension of time for Defendants to file a responsive pleading to Plaintiffs' Complaint from May 3, 2024 to May 17, 2024.  The parties had previously been engaged in settlement discussions.

5.      This extension will enable Defendants to obtain local counsel and/or determine next steps.

6.      Plaintiffs, RB Venture Partners LLC and 19 Enterprises LLC ("Plaintiffs") do not oppose this motion.

7.      Defendants do not anticipate making additional requests for an extension and understand that Plaintiffs will object to any further extension requests.

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

UNOPPOSED MOTION TO EXTEND THE DEADLINE FOR THE DEFENDANTS  TO FILE A RESPONSIVE PLEADING TO PLAINTIFFS' COMPLAINT

8.      Pending engagement of local counsel, Defendants John Small and Montrose

Holdings, LLC are being served in care of their authorized legal representative in New York,

Ronald Rossi of Kasowitz Benson Torres, LLP.

9.      The parties continue to be engaged in settlement discussions.

Dated: May 3, 2024

**WOLF, RIFKIN, SHAPIRO,
SCHULMAN & RABKIN, LLP**

By: _____
John Samberg (Bar No. 10828)
Royi Moas (Bar No. 10686)
3773 Howard Hughes Parkway
Suite 590 South
Las Vegas, Nevada 89169

jsamberg@wrslawyers.com
rmoas@wrslawyers.com

*Attorneys for Plaintiffs*
RB VENTURE PARTNERS LLC, and
19 ENTERPRISES LLC

**IT IS SO ORDERED:**

_____
DANIEL J. ALBREGTS
UNITED STATES MAGISTRATE JUDGE

DATED: May 6, 2024

UNOPPOSED MOTION TO EXTEND THE DEADLINE FOR THE DEFENDANTS  TO FILE A RESPONSIVE
PLEADING TO PLAINTIFFS' COMPLAINT

## CERTIFICATE OF SERVICE

I hereby certify that on May 3, 2024 a true and correct copy of **UNOPPOSED MOTION TO EXTEND THE DEADLINE FOR THE DEFENDANTS TO FILE A RESPONSIVE PLEADING TO PLAINTIFFS' COMPLAINT [Second Request]** was served via the United States District Court CM/ECF system on all parties or persons requiring notice.

By _Carolyn R Bott_____
Carolyn Bott, an Employee of
WOLF, RIFKIN, SHAPIRO, SCHULMAN &
RABKIN, LLP